**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TARIQ L. BELT, 40945-037 | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. WDQ-07-310 |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | * | |
| Defendant | * | |

oOo

**MEMORANDUM**

Before the court is a pro se request for records filed by Tariq L. Belt, a federal inmate. The request is construed pursuant to the Freedom of Information Act. *See* 5 U.S.C. § 552 *et seq.* The court will direct the Clerk to provide Plaintiff with copies of the docket sheets from Criminal Action No. WDQ-03-376 and WDQ-05-549, actions in which Belt was a defendant, but otherwise will deny the request.

In this action, Plaintiff requests records including Maryland Code provisions, debt instruments, records concerning criminal cases in which he was a defendant, contracts, other commercial agreements, and the "entire file on Jacinda Belt." Federal courts are not "agencies" from which Freedom of Information Act material may be obtained. *See* 5 U.S.C. § 551. Further, court records do not list Belt as a party to any actions concerning contracts or commercial agreements. A search of this court's records shows no files concerning "Jacinda Belt" exist. To the extent this request may be construed as a request for copy work at the expense of the government, Plaintiff has failed to particularize his request or provide any reason why these materials are needed. Accordingly, the request for records will be denied. A separate order follows.

February 16, 2007                          /s/
Date                                    William D. Quarles, Jr.
                                       United States District Judge